WILLIAM J. LUDOVICI, Respondent, v. GEORGE F. TROMMER, Appellant, et al., Defendants.— In an action for breach of a contract to make a will providing for payment upon the death of the promissor, order, insofar as appealed from, denying motion to dismiss the third cause of action as premature, affirmed, with $10 costs and disbursements. The pleading is susceptible of a construction that an existent breach of contract has occurred, namely that the contract provided for the execution of a will in November, 1947, or at least upon the changing by the corporation of the amount of the annual payment to the plaintiff which, it is alleged, took place in October, 1951. (*Baer* v. *Durham Duplex Razor Co.,* 228 App. Div. 350, affd. 254 N. Y. 570.) Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ., concur. [See *post,* p. 753.]

■

JAMES A. MULLEN, Plaintiff, v. MICHAEL GREEN, Defendant and Third-Party Plaintiff-Appellant. SECURITY MUTUAL LIABILITY INSURANCE COMPANY, Third-Party Defendant-Respondent.— Order granting motion of the third-party defendant for summary judgment reversed on the law, with $10 costs and disbursements, and motion denied, with $10 costs. In our opinion, the pleadings and affidavits raise an issue which can be determined only on a trial of the third-party action. Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.

■

MULTIPLE TRADING CORPORATION, for Itself and for All Other Creditors, et al., Appellants, v. BARNETT STEIN et al., Respondents, et al., Defendants.— In an action wherein plaintiff, claiming to be a judgment creditor of defendant Barnett Stein, seeks a judgment, directing, amongst other things, that a portion of an award in condemnation for the taking of certain real property owned by said Barnett Stein be paid to it, plaintiff appeals from respective orders granting motions for summary judgment in favor of defendants Barnett Stein and Sophie Abrams, and from a third order granting motion of the defendant Dorothy Jacobson to dismiss the complaint on the ground that it fails to set forth a cause of action. Orders, unanimously affirmed, with a single bill of $25 costs and disbursements. No opinion. Present — Nolan, P. J., Carswell, Johnston, Wenzel and Schmidt, JJ. [See *post,* p. 835.]